Opinion filed June 29, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 29, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00178-CR 

                                                    __________

 

                                        ALVIN COOPER, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 69th District Court

 

                                                          Hartley County, Texas

 

                                                                              



 

                                                                   O
P I N I O N

Alvin Cooper has filed in this court a pro se
notice of appeal from his conviction in Hartley County.  This court lacks jurisdiction to consider
this appeal.  Tex. Gov=t
Code Ann. ' 22.201 (Vernon Supp. 2005).

The appeal is dismissed for want of jurisdiction.

 

June 29,
2006                                                                          PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.